

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANNON RILEY, | Case No. CV 10-00248-JFW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| A. HEDGPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is dismissed with prejudice.

Dated: February 24, 2010

John F. Walter
United States District Judge